IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

KEVIN JAY LONG, )
        Plaintiff, )
)
vs. )
) No. 01C 3080
DETECTIVE TODD WILLIAMS )
(Star 12), )
) JUDGE CASTILLO
POLICE OFFICER )
PATRICK ZIMMERMAN )
(Star 28), and )
) MAGISTRATE JUDGE
SERGEANT WILLIAM WAGNER ) GERALDINE SOAT BROWN
(Star 81), )
        Defendants. )

DOCKETED MAY 0 1 2001

# COMPLAINT

### INTRODUCTION

1. I seek redress for false arrest in violation of Federal and Illinois law. Pursuant to Rule 38 of the Federal Rules of Civil Procedure, I request a jury trial.

### JURISDICTION/VENUE

2. I bring this action pursuant to 42 U.S.C. §1983 to redress deprivations of my constitutional and civil rights committed under color of state law. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §1331(a), §1343(3), and §1367 and has pendent jurisdiction to entertain claims arising under state law.

3. Pursuant to 28 U.S.C. §1391, venue is proper in the Northern District of Illinois, because it is where the events complained of occurred.

### PARTIES

4. At all relevant times, I was a citizen of the United States and a resident of Cook

County, Illinois.

5. Defendant Todd Williams (Star 12) at all relevant times was a duly appointed detective for the Village of Vernon Hills Police Department who was acting in his individual capacity, under color of state law, and within the scope of his employment.

6. Defendant Patrick Zimmerman (Star 28) at all relevant times was a duly appointed police officer for the Village of Vernon Hills Police Department who was acting in his individual capacity, under color of state law, and within the scope of his employment.

7. Defendant William Wagner (Star 81) at all relevant times was a duly appointed sergeant for the Village of Vernon Hills Police Department who was acting in his individual capacity, under color of state law, and within the scope of his employment.

## FACTS

8. On 5/3/99 at approximately 3:30 p.m., Defendant Zimmerman (Star 28) lawfully stopped my vehicle in the parking lot of Helzberg Diamonds in the Rivertree Plaza within the Village of Vernon Hills for having an expired registration sticker.

9. Defendants Williams (Star 12) and Wagner (Star 81) were also present in their respective vehicles to assist Defendant Zimmerman (Star 28).

10. Defendants individually and collectively questioned me regarding a private sexual conversation that, according to them, I allegedly had with an adult woman earlier that day.

11. I repeatedly denied Defendants' accusations, though I fully cooperated with them.

12. After receiving my consent, Defendant Zimmerman (Star 28) searched my vehicle. No contraband was found.

13. Defendants individually and collectively insisted that I fit the general description

given by an adult woman who allegedly had a private sexual conversation with me earlier that day.

14. Defendants gratuitously disclosed that this adult woman voluntarily engaged in this alleged private sexual conversation.

15. Defendant Williams (Star 12) questioned me regarding a similar incident from 11/7/98 and informed me that he was going to show my picture to the women from that alleged incident.

16. I continued to categorically deny my involvement.

17. Defendants did not have a warrant for my arrest.

18. In full view of the Rivertree Plaza customers and employees, Defendants arrested me for Disorderly Conduct based on the adult woman's allegations and general suspect description made hours earlier.

19. My warrantless arrest occurred even though the adult woman never identified me to the Defendants, never viewed me in a lineup, and never signed a complaint.

20. At all relevant times, I had a clearly established right to be free from arrest without probable cause.

21. At the time of my warrantless arrest for Disorderly Conduct, Defendants lacked probable cause for the following reasons:

   a. I was not committing the crime of Disorderly Conduct;

   b. Defendants based my arrest only on a general suspect description given hours earlier and not on a positive identification; and

   c. No crime had been committed, because the 1st Amendment to the United States Constitution protects the alleged private sexual conversation.

22. Defendant Wagner (Star 81) drove me to the Vernon Hills Police Department to be processed.

23. While at the Vernon Hills Police Department, Defendant Williams (Star 12) directed Defendant Zimmerman (Star 28) to "take a Polaroid picture of him so I can show it to those women [from the 11/7/98 incident]."

24. Defendant Zimmerman (Star 28) charged me with Disorderly Conduct which, according to his signed complaint (i.e., 99 OV 3308), is a "violation of Local Ordinance 14-211 of [Village of Vernon Hills Code]."

25. Defendant Zimmerman (Star 28) failed to allege which of the eight subsections I supposedly violated. However, pursuant to Chapter 14, Article V, Section 14-211, Subsection (1) of Village of Vernon Hills Code, to commit the offense of Disorderly Conduct one must "[do] any act in such [an] unreasonable manner as to alarm or disturb another *and to provoke a breach of the peace*." (Emphasis added.)

26. Defendant Zimmerman (Star 28) failed to allege any facts in his complaint to support the required element *provoke a breach of the peace*. Thus, the complaint, as prepared and signed by Defendant Zimmerman (Star 28), could not support a charge of Disorderly Conduct pursuant to the Village of Vernon Hills Code because it did not state an offense.

27. Defendants failed to conduct a lineup even though, according to Defendants Williams (Star 12) and Zimmerman (Star 28), the adult woman and I were at the Vernon Hills Police Department simultaneously.

28. I was in the Defendants' custody for approximately two hours.

29. On 6/21/99, the prosecutor dismissed the charging instrument, because the adult

woman refused to appear.

30. Defendants arrested me in pursuit of solving the alleged crime from 11/7/98. Their purpose was to gather evidence against me for that matter. Specifically, using the illegally obtained photographs from my warrantless arrest on 5/3/99, Defendant Williams (Star 12) secured a warrant for my arrest on 5/7/99 for Disorderly Conduct, 720 ILCS 5/26-1(a)(1), which allegedly occurred on 11/7/98. That case (i.e., No. 99 CM 2815) was dismissed on 3/22/00, because the alleged complainants refused to appear.

31. On 5/13/99, my complete name, address, and the details of my 5/3/99 arrest were published in the *Pioneer Press* newspapers and on the Internet. As a direct and proximate consequence of Defendants' wrongdoing, I suffered and continue to suffer emotional trauma, mental anguish, insult, damaged reputation, loss of income, embarrassment, humiliation, limitations on my freedom of movement pursuant to the terms of my bond, and legal expenses.

## COUNT I
### (Deprivation of Civil Rights/42 U.S.C. §1983)

32. Paragraphs 1 through 31 are included here by reference.

33. Pursuant to 42 U.S.C. §1983, I claim damages for the above-mentioned injuries against the Defendants for contravening my constitutional rights under color of law.

## COUNT II
### (Federal Claim: False Arrest/False Imprisonment)

34. Paragraphs 1 through 31 are included here by reference.

35. As a result of their misconduct, Defendants deprived me of my right to be free from unlawful arrest, imprisonment, seizure, and detention as secured by the 4th and 14th

Amendments to the United States Constitution.

36. Defendants' unlawful acts were done willfully, recklessly, and oppressively for the sole purpose of depriving me of my constitutional rights.

## COUNT III
### (State Claim: False Arrest/False Imprisonment)

37. Paragraphs 1 through 31 are incorporated here by reference.

38. As a result of their misconduct, Defendants deprived me of my right to be free from unlawful arrest, imprisonment, seizure, and detention as secured by the laws of the State of Illinois.

39. Defendants' unlawful acts were done willfully, recklessly, and oppressively for the sole purpose of depriving me of my rights under Illinois law.

THEREFORE, I demand a jury trial and respectfully request that this Court award the following to me:

A. $15,000.00 judgment for compensatory damages against the Defendants, jointly and severally;

B. Judgment for punitive damages against the Defendants, jointly and severally; and

C. Costs of this action against the Defendants, jointly and severally.

Respectfully submitted,

Kevin Jay Long
Pro Se
4572 N. Milwaukee Avenue
Suite 5B
Chicago, Illinois 60630-3745
773-777-1234

JS 44
(Rev. 12/96)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Kevin Jay Long

## DEFENDANTS
Todd Williams, Patrick Zimmerman, William Wagner

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF: Cook (cat 2)
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT: Lake
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

DOCKETED MAY 01 2001

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
KEVIN JAY LONG, PRO-SE
4572 North Milwaukee Avenue
Suite 5B
Chicago, Illinois 60630-3745
773-777-1234

ATTORNEYS (IF KNOWN)

JUDGE CASTILLO
01C 3080
MAGISTRATE JUDGE GERALDINE SOAT BROWN

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability

**TORTS - PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

**TORTS - PERSONAL INJURY**
- ☐ 362 Personal Injury — Med. Malpractice
- ☐ 365 Personal Injury — Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/Accommodations
- ☐ 444 Welfare
- ☒ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence
- HABEAS CORPUS:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt. Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS — Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

42 U.S.C. 1983; I seek redress for false arrest in violation of federal and Illinois law.

## VII. REQUESTED IN COMPLAINT
CHECK IF THIS IS A CLASS ACTION ☐ UNDER F.R.C.P. 23
DEMAND $ 15,000.00
CHECK YES only if demanded in complaint
JURY DEMAND: ☒ YES ☐ NO

## VIII. This case
☒ is not a refiling of a previously dismissed action.
☐ is a refiling of case number _____, previously dismissed by Judge _____

DATE 4/30/01
SIGNATURE OF ATTORNEY OF RECORD
(signature) Pro se

UNITED STATES DISTRICT COURT

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

In the Matter of  Kevin JAY Long
v.
TODD WILLIAMS,
PATRICK ZIMMERMAN, AND
WILLIAM WAGNER

MAGISTRATE JUDGE
GERALDINE SOAT BROWN

Case Number: 01C 3080

JUDGE CASTILLO

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED ~~AS ATTORNEY(S)~~ FOR:

Kevin JAY Long, Pro Se

DOCKETED
MAY 01 2001

| (A) | (B) |
|---|---|
| SIGNATURE [signed] | SIGNATURE |
| NAME KEVIN JAY LONG, Pro Se | NAME |
| FIRM 4572 North Milwaukee Avenue Suite 5B Chicago, Illinois 60630-3745 | FIRM |
| STREET ADDRESS | STREET ADDRESS |
| CITY/STATE/ZIP | CITY/STATE/ZIP |
| TELEPHONE NUMBER 773-777-1234 | TELEPHONE NUMBER |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) |
| MEMBER OF TRIAL BAR? YES ☐ NO ☒ | MEMBER OF TRIAL BAR? YES ☐ NO ☐ |
| TRIAL ATTORNEY? YES ☐ NO ☒ | TRIAL ATTORNEY? YES ☐ NO ☐ |
| | DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ |

| (C) | (D) |
|---|---|
| SIGNATURE | SIGNATURE |
| NAME | NAME |
| FIRM | FIRM |
| STREET ADDRESS | STREET ADDRESS |
| CITY/STATE/ZIP | CITY/STATE/ZIP |
| TELEPHONE NUMBER | TELEPHONE NUMBER |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) |
| MEMBER OF TRIAL BAR? YES ☐ NO ☐ | MEMBER OF TRIAL BAR? YES ☐ NO ☐ |
| TRIAL ATTORNEY? YES ☐ NO ☐ | TRIAL ATTORNEY? YES ☐ NO ☐ |
| DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ | DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ |

FILED - ED4
01 APR 30 PM 12:33
U.S. DISTRICT CLERK COURT